GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

CHRISTINA WU COVAULT
Assistant United States Attorney
Arizona State Bar No. 025840
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: christina.covault@usdoj.gov
*Attorneys for Plaintiff*

FILED ___ LODGED
✗ RECEIVED ___ COPY

AUG 1 0 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Jonathan Michael Nez,<br><br>  Defendant. | No. CR-21-08085-PCT-DLR (MTM)<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)<br>(Possession With Intent to Distribute Methamphetamine, a Controlled Substance)<br>Count 1<br><br>18 U.S.C. § 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about February 2, 2021, in the District of Arizona, Defendant JONATHAN MICHAEL NEZ knowingly and intentionally possessed with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 1 of this

Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Count 1 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense: a sum of money equal to at least $3,264.00 in United States currency, representing the amount of money involved in the offense(s).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//
//
//
//
//

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: August 10, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/*
CHRISTINA WU COVAULT
Assistant U.S. Attorney